LUCY W. WOOD, Respondent, v. VOGOR REALTY CORPORATION, Appellant.

Submitted March 6, 1944; decided April 13, 1944.

*William L. Shumate* for appellant.
*Royal E. Mygatt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Lehman, Ch. J., Loughran, Rippey, Lewis, Conway, Desmond and Thacher, JJ.